JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLEY L. DOOLEY, JR., | Case No. EDCV 11-1200-RGK (DTB) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| RUBYLYN B. RAMIREZ, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice but without further leave to amend.

Dated: March 13, 2012

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1